THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEDGEWOOD REALTY CO., INC., Appellant, against THOMAS M. LYNCH et al., Constituting the State Tax Commission, Respondents.

(Submitted January 8, 1934; decided January 16, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 202.)

LOLA L. BUTLER et al., Appellants and Respondents, v. BENJAMIN F. ADAMS et al., Respondents and Appellants.

(Submitted January 8, 1934; decided January 16, 1934.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 602.)

N. A. N. A., INC., Appellant, v. LAKE AND DANENHOWER, INC., Respondent.

(Submitted January 8, 1934; decided January 16, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 522.)

DONALD KING, an Infant, by ROLLAND KING, His Guardian ad Litem, Respondent, v. LILLIAN McCLELLAN, Appellant.

ROLLAND KING, Respondent, v. LILLIAN McCLELLAN, Appellant.

(Submitted January 8, 1934; decided January 16, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 604.)